**RECEIVED**

APR 20 2026

**BY MAIL**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

_Eastern_ **DIVISION**

)
)
)
)

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

John Eugene Reice Sr.
v.  #501374

)
)
)
)
)
)

Jefferson County Shurriffs office

)
)
)
)
)
)
)

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

)
)
)
)
)
)

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☒ Yes  ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name: John Eugene Reece Sr.

Other names you have used: Johnny

Prisoner Registration Number: 501374

Current Institution: E.R.D.C.C.

Indicate your prisoner status:

☐ Pretrial detainee                    ☒ Convicted and sentenced state prisoner

☐ Civilly committed detainee      ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee             ☐ Other (explain): _____

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Jefferson County Shurriffs office

Job or Title: jail administrator

Badge/Shield Number: unknown

Employer: Boss Administrater

Address: main str. JeFRerson county Hillsboro MO.

_____ Individual Capacity                    __X__ Official Capacity

2

**Defendant 2**

Name: Officer Ellis

Job or Title: Jailer

Badge/Shield Number: —

Employer: Employer

Address: Hillsboro Jail

[X] Individual Capacity          [X] Official Capacity

## II.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? I was arrested for failure to appear in court
2. When did it happen? May 16 2025
3. Where did it happen? Saint louis county
4. What injuries did you suffer? Punitive damages loss of wages
5. What did each defendant personally do, or fail to do, to harm you? They held me in Jail from may 16 2025 until July 30th 2025 75 days for failure to appear. I John Reece had made bond with Chuck Telle Bail Bonds on April 27 2025 And on my Bond papers it say's court on may 19 of 2025, However may 16th I was arrested for failure to appear. and I explained to The Jail administrator that there has to be a mistake, And She Brenda short Admitted they had made a mistake. But held me in Jail for 78 day due to the fact of their wrong doings.

3 of 2

I complained and complained and I was informed by another Jailer that they made a mistake and everyone knows. Ms. Ellis admitted that she told them I was being done wrong.

Brenda short even admitted they made a mistake but could not reach me for which I had know phone at the time. But got a phone and called court house on Friday may 16 2025 And asked what time I should be in court on monday may 19 2025 And they informed me of the warrant by Judge Coleman. I'm 62 years of age this year and dont have good memmorie but was told by Judge to be in court on May 19 2025. But was not given any paper work of my court date. Until I bonded out that's when I new How my court was may 19, 2025

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The injuries to this event is cruel unusal pinishment, punitive Damage lost of wages, lost of belonging and lost of vehicle

4

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments. Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to recover those damages. I want $500.⁰⁰ For everyday I done in Jail from may 16 2025 until July 30. and I want my truck of om like it and 100.000 thousand for the loss of all my equipment for Tree work. loss of wages.

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes          ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s): Jefferson county Jail

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes          ☐ No          ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes          ☒ No          ☐ Do not know

I was threaten on the Kiosk By Brenda short Jail administrator if I kept complaining I was gonna be put

If yes, which claim(s)? claim (1) wrongful incarcerat.s

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes          ☐ No  I complained

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes          ☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance? (*Attach a copy of your grievance, if available*) county Jail, I requested to be released out to Facts they made the mistake, Bondsman even said they made the mistake

3.  What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) Threats to be locked in the hole By Brenda short Jail ministrator

6

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) ___

They didnt allow me to do nothing

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: I did Complain and talked to numerouse Jailers and they said they couldnt do nothing. But Brenda Short threaten me on Kiosk to be locked in hole.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Brenda Short answers all complaints and she threaten to put me in the hole if I kept complaining and she admitted they made a mistake.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Being threaten to be put in the hole was enough to stop complaining.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?



    ☐ Yes                    ☒ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes                    ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

    Plaintiff _____

    Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

8

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?

☐ Yes

☒ No (*If no, give the approximate date of disposition*): _____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes          ☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit

Plaintiff ~~_____~~ John E Reece 501374

Defendant(s) officer leppard _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

Eastern District

3.    Docket or case number 422 -CV- 815 · SRW

4.    Name of Judge assigned to your case Mr. Steven Welby

5.    Approximate date of filing lawsuit 2022 may

6.  Is the case still pending?

☐ Yes

☒ No (*If no, give the approximate date of disposition*): approximatly April 2024

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in <u>your favor</u>? Was the case appealed?)

my Favor

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of __April__, 20 26.

Signature of Plaintiff    John E Ruce 501374

10