**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN EUGENE REECE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00589-SEP |
| | ) | |
| JEFFERSON COUNTY SHERIFF'S | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff John Eugene Reece, Sr.'s Prisoner Civil Rights Complaint.  Doc. [1].  Plaintiff's filing is deficient because has not paid the $405 filing fee or filed an Application to Proceed in District Court Without Prepayment of Fees and Costs along with a copy of his prison account statement.  *See* 28 U.S.C. § 1915(a)(2).  If Plaintiff wants to continue this lawsuit, he must either pay the $405 filing fee or file a complete application within 21 days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that **within 21 days of the date of this Memorandum and Order**, Plaintiff shall either (1) pay the $405 filing fee or (2) file a motion to proceed without prepaying the fees along with an accompanying certified inmate account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that the Clerk shall provide Plaintiff with a copy of the Court-provided form for seeking leave to proceed without prepaying fees in prisoner actions.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, this matter will be dismissed without prejudice.

Dated this 24th day of April, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE